IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-771-FDW-DCK

| | |
|---|---|
| MARKUS ANDRE KERR, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| ASTELLAS PHARMA US, INC/LLC, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 2) filed by Edward H. Nicholson, Jr., concerning James E. Voyles on November 9, 2016. Mr. James E. Voyles seeks to appear as counsel *pro hac vice* for Plaintiff Markus Andre Kerr. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 2) is **GRANTED.** Mr. James E. Voyles is hereby admitted *pro hac vice* to represent Plaintiff Markus Andre Kerr.

**SO ORDERED**.

Signed: November 9, 2016

_____
David C. Keesler
United States Magistrate Judge