# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:16-CV-771-DCK

| | |
|---|---|
| MARKUS ANDRE KERR, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| ASTELLAS PHARMA US, INC/LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling concerns. The undersigned issued a "Pretrial Order And Case Management Plan" (Document No. 16) on April 28, 2017 giving the parties until July 1, 2017 to designate a mediator in this matter. To date, the parties have failed to file a report identifying their selected mediator. See (Document No. 16, p.5).

**IT IS, THEREFORE, ORDERED** that the parties shall have up to and including **August 15, 2017** to designate a mediator and notify the Court.

**SO ORDERED**.

Signed: August 1, 2017

David C. Keesler
United States Magistrate Judge